UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNE G. McBRIDE,

       Plaintiff,

v.                       Case No.  8:09-cv-1204-T-33TBM

MERRILL LYNCH & CO., INC. and
BANK OF AMERICA CORPORATION,

       Defendants.
_____/

## ORDER

This matter is before the Court pursuant to Anne G. McBride and Merrill Lynch & Co., Inc.'s Joint Motion for Substitution of Defendant and Amendment of Case Style (the "Motion" Doc. # 10), which was filed on July 9, 2009.

In the Motion, McBride and Merrill Lynch request to substitute Merrill Lynch & Co., Inc. as a Defendant in this action with the proper party in interest, Merrill Lynch Bank & Trust Co., FSB, which was McBride's former employer. In addition, McBride and Merrill Lynch request that this Court amend the case style to reflect the aforementioned substitution of parties. Defendant Bank of America Corporation remains a Defendant in this case and does not object to the aforementioned substitution of parties.

Accordingly, finding good cause for the relief requested in the Motion, the Court grants the Motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Anne G. McBride and Merrill Lynch & Co., Inc.'s Joint Motion for Substitution of Defendant and Amendment of Case Style (Doc. # 10) is **GRANTED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of July, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record